**Clais Daniels-Edwards**
**Assistant Federal Public Defender**
**101 S.W. Main Street, Suite 1700**
**Portland, Oregon 97204**
**(503) 326-2123 Telephone**
**(503) 326-5524 Facsimile**
clais_daniels-edwards@fd.org

**Attorney for Defendant**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| **UNITED STATES OF AMERICA,**<br><br>                                **Plaintiff,**<br><br>        **v.**<br><br>**ROSS BENJAMIN SIERZEGA,**<br><br>                                **Defendant.** | Case No. 3:24-cr-00041-HZ<br><br>**DEFENDANT'S SENTENCING MEMORANDUM** |

Ross Benjamin Sierzega will appear before this Court on October 25, 2024, for sentencing upon his plea of guilty to one count of Bank Fraud in violation of 18 U.S.C. § 1344(2) and one count of Aggravated Identity Theft in violation of 18 U.S.C. § 1028A(a)(1). For the reasons outlined in other sentencing materials before the Court, Mr. Sierzega respectfully requests the Court sentence him to 6 months on Count 1 (Bank Fraud) and a consecutive 24 months on Count 6 (Aggravated Identity Theft).

Respectfully submitted on October 16, 2024.

                                                         */s/ Clais Daniels-Edwards*
                                                        Clais Daniels-Edwards
                                                        Attorney for Defendant